## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mercury Capital Advisors Group, LP |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 80-0472084 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 280 Park Avenue, 36th Floor<br>New York, NY 10017 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.mercurycapitaladvisors.com |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☒ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     5239

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

Debtor    Mercury Capital Advisors Group, LP                                  Case number (*if known*) _____
_____Name_____

List all cases. If more than 1,
attach a separate list                Debtor    See Attachment            Relationship    _____
                                      District  _____ When _____  Case number, if known  _____

---

**11. Why is the case filed in**     *Check all that apply:*
**this district?**

☒    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**      ☒ No
**have possession of any**
**real property or personal**       ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**                      **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard?    _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other    _____

                                    **Where is the property?**    _____
                                                                  Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.   Insurance agency    _____
                                             Contact name        _____
                                             Phone               _____

---

███    **Statistical and administrative information**

---

**13. Debtor's estimation of**   .   *Check one:*
**available funds**

                                 ☐ Funds will be available for distribution to unsecured creditors.

                                 ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**
**creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/13/2024
           MM / DD / YYYY

**X**    /s/ John Franklin                John Franklin
     Signature of authorized representative of debtor      Printed name

Title    Managing Partner

**18. Signature of attorney**

**X**    /s/ David McGrail           Date   12/12/2024
     Signature of attorney for debtor             MM / DD / YYYY

David McGrail
Printed name

McGrail & Bensinger LLP
Firm name

888-C 8th Avenue #107
New York, NY 10019
Number, Street, City, State & ZIP Code

Contact phone   646-285-8476      Email address   dmcgrail@mcgrailbensinger.com

3954229 NY
Bar number and State

| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter ___7___ |

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | Mercury Capital Advisors Group GP, LLC | | Relationship to you | Affiliate |
| --- | --- | --- | --- | --- |
| District | Southern District of New York | When 12/14/2024 | Case number, if known | |
| Debtor | Mercury Capital Advisors, LLC | | Relationship to you | Affiliate |
| District | Southern District of New York | When 12/14/2024 | Case number, if known | |

# United States Bankruptcy Court
## Southern District of New York

In re    Mercury Capital Advisors Group, LP         Case No. _____
                         Debtor(s)        Chapter    7 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Mercury Capital Advisors Group, LP in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

IVC Hermes Holdings, Inc.

☐ None [*Check if applicable*]

12/12/2024
Date

/s/ David McGrail

David McGrail
Signature of Attorney or Litigant
Counsel for    Mercury Capital Advisors Group, LP
McGrail & Bensinger LLP
888-C 8th Avenue #107
New York, NY 10019
dmcgrail@mcgrailbensinger.com

Docusign Envelope ID: A5311B1C-380A-4193-9A93-2805C31211E8

Resolutions Adopted by the General Partner of
<u>Mercury Capital Advisors Group, LP</u>

       The undersigned, being all the persons whose consent is required for a bankruptcy filing of Mercury Capital Advisors Group, LP (the "<u>Company</u>"), hereby consent to the adoption of the following resolutions and hereby consent to the taking of the actions referred to in such resolutions:

       **RESOLVED** that, in the judgment of the General Partner of the Company, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company institute a proceeding under Chapter 7 of the United States Bankruptcy Code (the "<u>Bankruptcy Case</u>"); and it is further

       **RESOLVED** that the officers of the Company are hereby authorized, in the name of the Company and on its behalf, to take such actions as they may deem necessary or advisable in connection with commencing and prosecuting the Bankruptcy Case; and it is further

       **RESOLVED** that the officers of the Company are hereby authorized, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court as they may deem necessary, appropriate, or advisable during the pendency of the Bankruptcy Case and, in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits, or other materials as they may deem necessary, appropriate, or advisable and to retain all assistance from legal counsel, including McGrail & Bensinger LLP, and to take any and all actions they deem necessary, appropriate, or advisable in connection with the Bankruptcy Case.

Dated: December 12, 2024

**MERCURY CAPITAL ADVISORS**
**GROUP GP, LLC**, its General Partner

DocuSigned by:

*John Franklin*

F1F9CB71F4FA4C5...

Name: John Franklin
Title: Managing Partner

# United States Bankruptcy Court
## Southern District of New York

In re    Mercury Capital Advisors Group, LP        Case No. _____

                                Debtor(s)      Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................................................... $      62,500.00

   Prior to the filing of this statement I have received ....................................................... $      62,500.00

   Balance Due ....................................................................................................... $      0.00

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtor in any litigation, including any adversary proceeding.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/12/2024                            /s/ David McGrail

*Date*                                    *Signature of Attorney*

                                         David McGrail
                                         McGrail & Bensinger LLP
                                         888-C 8th Avenue #107
                                         New York, NY 10019

                                         *Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re    Mercury Capital Advisors Group, LP        Case No. _____

                             Debtor(s)        Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    12/13/2024 _____            /s/ John Franklin _____

                                         John Franklin/Managing Partner
                                         Signer/Title

Alliant Insurance Services, Inc.
PO Box 21874
New York, NY 10087-1874


Arrow Electronics
9201 E Dry Creek Road
Centennial, CO 80112


Charter Communications Operating, LLC
41-61 Kissena Blvd
Flushing, NY 11355


CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603


Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006-1001


Cogent Communications, LLC
P.O. Box 737901
Dallas, TX 75373-7901


Concur Technologies, Inc.
601 108th Ave NE
Suite 1000
Bellevue, WA 98004


Corporate Domains, Inc.
251 Little Falls Drive
Wilmington, DE 19808-1674


CSC Global
251 Little Falls Drive
Wilmington, DE 19808-1674


Delaware Department of Finance
Carvel State Office Building,
820 N. French St., 8th Floor
Wilmington, DE 19801


Delaware Division of Revenue
Attn: Bankruptcy Administrator
Carvel State Building 820 N. French St.
Wilmington, DE 19801


First Insurance Funding Corp.
450 Skokie Blvd.
Suite 1000
Northbrook, IL 60062-7917

ICR, LLC
761 Main Avenue
Norwalk, CT 06851


Institutional Link, Inc.
2 Bloor Street West
Toronto, ON M4W 3E2


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit Inc.
2800 E. Commerce Center Place
Tucson, AZ 85706


Investcorp International Inc.
280 Park Avenue, 36th Floor
New York, NY 10017


JPMorgan Chase
111 Pine Street
San Francisco, CA 94111


Mandel Bhandar LLP
Attn: Robert Glunt
80 Pine Street, 33rd Floor
New York, NY 10005


NINTEX USA, Inc.
10800 NE 8th St
Suite 400
Bellevue, WA 98004


NYS Department of Finance and Taxation
Bankruptcy Section,
P.O. Box 5300
Albany, NY 12205


Palo Alto Networks, Inc.
3000 Tannery Way
Santa Clara, CA 95054


Richard Fleischman & Associates, Inc.
330 Madison Ave
29th Floor
New York, NY 10017