# LAW OFFICE OF
# ADAM L. ROSEN PLLC

**121 Main Street**
**Box 1021**
**Northport, New York 11768**
**516-407-3756**
**adam.rosen@alrcounsel.com**

October 3, 2025

Hon. David S. Jones
U.S. Bankruptcy Judge
Alexander Hamilton U.S. Courthouse
One Bowling Green
New York NY 10004-1408

   **Re: Mercury Capital Advisors, LLC, et al.**
   <u>**Case Nos. 24-12328-DSJ, 24-12326-DSJ, 24-12327-DSJ**</u>

  Judge Jones;

  I represent Alan A. Pardee, a creditor of the above-reference chapter 7 debtors (collectively, the "Debtors"). I am writing to request a Chamber's conference with respect to enforcement of your June 16, 2025 Order (the "Order") [ECF 43 in Case No. 24-12328].

  The Order modifies the automatic stay in the Debtors' cases to permit Mr. Pardee to continue to litigate certain claims against the Debtors which are pending in the Supreme Court for the State of New York before Justice Bannon (the "Action"). The Order provides that, with respect to the claims set forth in the Order, any recovery by Mr. Pardee is limited to the proceeds of the insurance policies. It is undisputed that the attorneys' fees and costs of defending the Action would also be paid with the proceeds of the insurance policies. The Order further provides that you retain jurisdiction with respect to all matters related to the Order.

  It has been over three months since the entry of the Order and Trustee still has not retained counsel in the Action. Without counsel to represent the Debtors, the Action has been completely unable to move forward. We have had two pre-trial conferences before Justice Bannon, including one yesterday, where insurance counsel appeared, but took the position that they could not represent the Debtors without a bankruptcy court order.

  Notably, the Debtors' estates have no economic interest in the Action and the legal fees and expenses will be paid through the available insurance policies. Judge Bannon has expressed frustration about this state of affairs and indicated that until this Court enters an order retaining counsel for the Debtors' estates, she will not set a trial date in the Action. Indeed, after yesterday's pre-trial conference, Justice Bannon entered an order reassigning the case to another judge which will likely result in further delay.

# LAW OFFICE OF
# ADAM L. ROSEN PLLC

**121 Main Street**
**Box 1021**
**Northport, New York 11768**
**516-407-3756**
**adam.rosen@alrcounsel.com**

      I have been in contact with the Trustee's counsel regarding the filing of the retention application and understand that the Trustee has approved the form of the retention application and proposed order, but the insurance company lawyers have not yet done so. These ongoing delays are prejudicial to Mr. Pardee and clearly frustrate the terms and purpose of your Order.

      The purpose of this letter is to request a Chamber's conference on the record by Zoom to discuss enforcing the terms and purpose of your Order so that Mr. Pardee can promptly proceed in the Action.

                                                                 Respectfully,

                                                                 Adam L. Rosen

cc: Robert Glunt
     Jeannette Litos
     Yann Geron